FILED 11 JUL '23 10:40 USDC-ORP

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

### for the

_USA_ District of _Oregon_

_Portland_ Division

| | |
|---|---|
| Margaret Wiski _____ <br><br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint.* <br> *If the names of all the plaintiffs cannot fit in the space above,* <br> *please write "see attached" in the space and attach an additional* <br> *page with the full list of names.)* <br><br> -v- <br><br> Jans and Joes Doe, Clatsup Cty Jail <br> Dotson, Tracy (Nurse), Watson, Pitts <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the* <br> *names of all the defendants cannot fit in the space above, please* <br> *write "see attached" in the space and attach an additional page* <br> *with the full list of names. Do not include addresses here.)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. ___ 3:23-cv-01014-IM ___

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

**Form 39.010**

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Margaret K. Wiski |
| All other names by which you have been known: | Lois K. Griffin |
| ID Number | 23863873 |
| Current Institution | Coffee Creek Currections |
| Address | 24499 SW Grahams Ferry Rd |
| | Wilsonville    OR    97070 |
| | City    State    Zip Code |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Sgt. Dotson |
| Job or Title *(if known)* | Sargent |
| Shield Number | N/A |
| Employer | Astoria Oregon Sheriff Office |
| Address | Clatsop County |
| | Astoria    OR    97103 |
| | City    State    Zip Code |

☒ Individual capacity    ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | First Name: Tracy |
| Job or Title *(if known)* | Nurse |
| Shield Number | N/A |
| Employer | Clatsop County Jail |
| Address | |
| | Astoria    OR    97103 |
| | City    State    Zip Code |

☒ Individual capacity    ☒ Official capacity

Form 39.010

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name                          _Last Name : Watson_
  Job or Title *(if known)*     _Deputy_
  Shield Number                 _N/A_
  Employer                      _Asoria OR Sheriff's office_
                                _Clatsop County_
  Address                       _Astoria      OR      9763_
                                  City        State     Zip Code
  ☒ Individual capacity    ☒ Official capacity

Defendant No. 4
  Name                          _Last Name : Pitts_
  Job or Title *(if known)*     _Sargent_
  Shield Number                 _N/A_
  Employer                      _Astoria OR Sheriff office_
                                _Clatsop County_
  Address                       _Astoria      OR      97103_
                                  City        State     Zip Code
  ☒ Individual capacity    ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_My Due Process Clause . My religious pursuant FRIPA_
_My 4th Amendment,    14th Amendment and deliberate_
_indifference to medical needs._

C.    Plaintiffs suing under Bivens may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_N/A_

**Form 39.010**

_N/A_

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_See Attachment #1_

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_N/A_

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

_Astoria_
_Clatsop County Oregon Jail_

C.    What date and approximate time did the events giving rise to your claim(s) occur?

_November 19th 2021_

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

_See Attachment #1_

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

_See Attachment #1_

## VI.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

_2 Million Dollars against each Defendant and Mental help for my Son._

**Form 39.010**

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Clatsop Count Oregon Jail

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

My 4th amendment Rights With Nurse Tracy

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No        N/A

E.   If you did file a grievance:

1.   Where did you file the grievance?

ClatSop Canty Oregon Jail

2.   What did you claim in your grievance?

Miss treatmet and nuglect from Nurse Tracy

3.   What was the result, if any?

A apoligy from Nurse Tracy

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I did not appeal do to fear of getting punished and treated ceorse and not getting treethant I neeeko.

Form 39.010

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

          *Grievances were timely filed*

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

          *N/A*

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

          *I am not suing for a prison condition under PLRA*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

          *N/A*

**Form 39.010**

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
      action?

      ☐ Yes

      ☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is
      more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

      1.    Parties to the previous lawsuit
            Plaintiff(s)    _____
            Defendant(s)    _____

      2.    Court *(if federal court, name the district; if state court, name the county and State)*
            _____

      3.    Docket or index number
            _____

      4.    Name of Judge assigned to your case
            _____

      5.    Approximate date of filing lawsuit
            _____

      6.    Is the case still pending?

            ☐ Yes

            ☐ No

            If no, give the approximate date of disposition. _____

      7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered
            in your favor? Was the case appealed?)*
            _____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your
      imprisonment?
      NO

**Form 39.010**

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

[ ] Yes

[X] No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)   _____
     Defendant(s)   _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

     _____

     _____

3.   Docket or index number

     _____

4.   Name of Judge assigned to your case

     _____

5.   Approximate date of filing lawsuit

     _____

6.   Is the case still pending?

     [ ] Yes

     [ ] No

     If no, give the approximate date of disposition   _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     N/A
     _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    7-5-23

Signature of Plaintiff

Printed Name of Plaintiff    Margaret Wilski

Prison Identification #    23863773

Prison Address    2499 SW Grahams Ferry Rd.

Wilsonville          OR      97070
                City                  State      Zip Code

### B.    For Attorneys

Date of signing:    N/A

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

                City                  State      Zip Code

Telephone Number

E-mail Address

①

I was pregnant and told by my OBGYN "In Astoria Oregon" that I was to have my baby naturally on/or by November 25th 2021. But I was arrested on Assault Charges on March 29 2021 and lodged at the Clatsop County Oregon Jail. Sgt. Pitts Came to me in my Cell absent of my Atterney Stating I had to Chose A.) Have the babe be born premucher and Risk the babies life OR B.) agree to have my babie induced and put me into labor. Thus to facilitate and accomidate the needs of the jail. Thus they told me around Aguest 2021. I did not understand and did not have much time to give much thought. Time to time Sgt. Pitts would come to my Cell to ask to choice to indue or premucher dilivary to Where I felt hurst. She (Sgt. Pitts) would get upset and mad when I did not have a ansewer. She make me promisise for medical and Mental help if I agreed to do induce or premucher. She promised I would get before and after medical and Mental help.

On november 19th 2021 I was transported to the hospital where I was put in

a bed at the hospital and inclst into
labor. During the labor there was
Complications because the baby
did not want to come out and
the Doctor had to Vacum my baby
out. My baby Came out with a
big bump/Cone head do to the
vacume.

I was sent back to the jail
12 hours after giving birth with
my breast pump. Once I get to
the jail I was in a lot of pain
and bleeding heavaly and was
Stript and Surched. They made
me Squat and choff while bleeding
out in pain and tairing my
Stiches. I was then put in
Segaragation isolation with no
phone or natrule light. I was
all by my self and felt punished
for just giving birth. I was in
Segaragation for 7 full day with
Ziroe /no time out to walk
walk or breath freash air.

When It came time to breast pump
I was put on a time Schegul to
accomidate the jail and if I
miss the Scheguled time I was
not able to breast pump and I
was in lot of pain and it

②

reduced the amout I could have
gave to my baby. While indurring
all of this and what was happening
I felt suisidol, depressed, detached,
and did not fell like seeing my
child or letting him hear my voice.
I felt destroided and inbarrest and
beat down. I felt I could not go on
with life. The Jail did not need
to induse me to acomidate there
needs and Make it to where my
babe needed to be vacumed out.
This was a disidion Made by the
Jail and not Me. The Jail took my
baby out earliy with out my consent
to avoid emergancy labor.
    All Jane and Joe Doe Sheriff depty at
the Clatsop County Jail and the medical staff
violated my 4th amendment, My due process,
religious belief and my 14th amendment of
united States Constitution While dressed in
color of State law by subjecting me to
crul and unusual punishment and
wanton deliberate indifferenc to my medical
needs While I was a pre trial detainee
the Jail had no RIGHT to induce my
child birth only to avoid on unforseen
emergency on my natral due date.
    When I was transported to the hespital
to be induced to delivery I was in no pain

nor in any bleeding I was in distress.
I was supposed to give birth on or
after November 25th 2021. But the jail
decided to take my baby out on
November 19, 2021.

The named defendants actions
caused me and my baby unnecessary
pain and anguish. Only God decides when
my child wants to come out and the
jail is not God.

NEOPOST
07/07/2023
US POSTAGE $002.22⁰
ZIP 97070
041M11468323

ections - AIC Mail

23863273
ma ms Feng Roy
on ZIP 97070

United States District Court
    District of Oregon Court House
        740 united States Court House
    1000 SW Third Ave
        Portland OR 97204-2902