**AMY E. POTTER**, OSB No. 231794
amy@angelilaw.com
ANGELI LAW GROUP, LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Phone: (503) 954-2232

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARGARET WILSKI,<br><br>   Plaintiff,<br><br>v.<br><br>JOHN DOE, et. al.,<br><br>   Defendant. | Case No.: 3:23-cv-01014-IM<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO CONSIDER REQUEST FOR PRO BONO COUNSEL** |

  Plaintiff Margaret Wilski[1] filed a complaint under 42 U.S.C. § 1983, alleging that jail staff forced her to be induced prior to her delivery date. ECF No. 2. This Court conditionally appointed undersigned counsel to represent Ms. Wilski. ECF No. 13. I am required to report to the Court today whether I would accept the appointment or if I have a conflict.

  Because I will need additional information in order to make a determination as to whether there is a conflict, I am requesting an additional 45 days, until Monday January 8, 2023, to report

---

[1] Ms. Wilski has changed her name to Lois Griffin, but because she was known as Margaret Wilski when housed at Clatsop County and filed this lawsuit in that name, that is the name that is used here.

PAGE 1 – MOTION FOR EXTENSION

to the Court as to whether I can accept this appointment. I have spoken with Ms. Wilski and Aaron Hisel, counsel for defendants, and neither object to this extension.

In order to determine if I can accept this case, I need to review the medical records and confer more fully with Ms. Wilski about the allegations in this case. I believe that will take approximately 45 days (given the holidays), because I will need to work with Ms. Wilski to obtain the medical records from the hospital. As such, I believe an extension is warranted.

If the Court does not believe an extension is warranted, I request that my appointment be terminated.

DATED: November 22, 2023

ANGELI LAW GROUP LLC

s/ Amy E. Potter
Amy E. Potter
amy@angelilaw.com
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

PAGE 2 – MOTION FOR EXTENSION