# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**MARGARET K. WILSKI**
    Plaintiff(s),

v.

**JANS AND JOES DOE, et al.**
    Defendant(s).

Case No.: 3:23-cv-01014-IM

**PRO BONO APPOINTMENT RESPONSE FORM**

_____

In response to the Court's Order Appointing Pro Bono Counsel, I hereby certify that:

☒ Representation of for all purposes is accepted. If appropriate, a Substitution of Counsel will be filed to designate the responsible attorney continuing as counsel of record.

☐ Termination of this appointment is requested based on the following conflict of interest:
_____
_____

☐ No conflict of interest exists. However, termination of this appointment is requested for the following reason(s):
_____
_____

☐ I request a 14-day extension of time to review this case and respond to the Order Appointing Pro Bono Counsel.
_____
_____

DATED this __8th__ day of __January, 2024__

_____
Signature

Amy E. Potter  OSB # 231794
Printed Name and Oregon State Bar No.